JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUTYAN TSAVUKYAN,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-00812-MRA-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 30, 2026

Hon. Mónica Ramírez Almadani
UNITED STATES DISTRICT JUDGE